# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| TANYA M. NICHOLS<br>*Plaintiffs*<br>v.<br>WEST VIRGINIA UNITED HEALTH SYSTEM, INC.<br>*Defendants* | Civil Action No.  3:19-CV-73 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ Judgment award     ☐ Judgment Costs     ☒ Other

The Court finds that the Plaitniff has failed to allege an actual violation of §1692f.  The Defendant is entitled to judgment as a matter of law.  The Court ORDERES that the Defendant's Motion for Summary Judgment is GRANTED.  Judgment is entered in favor of the Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case is DISMISSED WITH PREJUDICE and STRICKEN from the court's active docket.

This action was *(check one)*:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge   Chief Judge Gina M. Groh

Date:   4/7/2020

*CLERK OF COURT*

/s/ C. Diamond

*Signature of Clerk or Deputy Clerk*